## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**DESMOND C. PARKER**                                **CIVIL ACTION**

**VERSUS**                                           **NO. 22-4345**

**DUSTIN BICKHAM, WARDEN**                           **SECTION: "L"(5)**

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and Plaintiff's objections to the Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS HEREBY ORDERED** that Desmond C. Parker's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 be **DISMISSED** with prejudice.

New Orleans, Louisiana, this 12th day of August, 2025.

_____
United States District Judge